# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AARON M. CROSS,

    *Petitioner*,

vs.

RENE BAKER, *et al.*,

    *Respondents*.

3:13-cv-00125-HDM-WGC

ORDER

    Petitioner has not responded to the Court's prior show-cause order (#6). The order directed petitioner to show cause in writing why the petition should not be dismissed with prejudice as untimely. The order set forth the relevant procedural background in detail, as to a petition that was filed more than a decade after the federal limitation period had expired absent tolling or delayed accrual. The order further informed petitioner that if he did not timely respond to the order, the petition would be dismissed with prejudice as time-barred without further advance notice.

    IT THEREFORE IS ORDERED that all pending motions are DENIED and that this action shall be DISMISSED with prejudice as untimely.

    The Clerk of Court shall enter final judgment accordingly, dismissing this action with prejudice.

    DATED: May 13, 2013.

_____
HOWARD D. MCKIBBEN
United States District Judge